1 K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com
5
Attorneys for Plaintiff
6 Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,              ) | No.  1:12-CV-00420-AWI-BAM |
|                                   ) | |
| Plaintiff,                        ) | |
|                                   ) | **STIPULATION AND ORDER FOR** |
| vs.                               ) | **DISMISSAL OF ACTION** |
|                                   ) | |
| LUIS FLORES dba LA LAGUNA aka LA  ) | |
| LAGUNA TAQUERIA aka TACOS Y       ) | |
| MARISCOS LA LAGUNA; SAUD F.       ) | |
| SALAMY, TRUSTEE OF THE SALAMY     ) | |
| FAMILY 2003 REVOCABLE TRUST,      ) | |
|                                   ) | |
| Defendants.                       ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Luis Flores, Individually and dba La Laguna Taqueria y Panaderia (erroneously sued as Luis Flores dba La Laguna aka La Laguna Taqueria aka Tacos y Mariscos La Laguna) and Suad F. Salamy, Trustee of the Salamy Family 2003 Revocable Trust (erroneously sued as Saud F. Salamy, Trustee of the Salamy Family 2003 Revocable Trust), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

///

///

*Gutierrez v. Flores, et al.*
Stipulation and Order for Dismissal

Page 1

| | |
|---|---|
| Date: June 8, 2012 | MOORE LAW FIRM, P.C. |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Natividad Gutierrez |
| Date: June 6, 2012 | LAW OFFICE OF GEORGE F. SALAMY |
| | /s/ George F. Salamy |
| | George F. Salamy |
| | Attorney for Defendants Luis Flores, Individually and dba La Laguna Taqueria y Panaderia and Suad F. Salamy, Trustee of the Salamy Family 2003 Revocable Trust |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*Gutierrez v. Flores, et al.*
Stipulation and Order for Dismissal